IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTAR GROUP, INC., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> TILTBOT, LLC, *et al*., <br><br> Defendants. | Case No. 1:21-cv-02227-CRC |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL AND ENTRY OF [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION**

Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "Plaintiffs"), and Defendants Leon Capital Group, LLC ("Leon Capital") and Tiltbot, LLC ("Tiltbot," with Leon Capital, "Defendants," and with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby agree to the following stipulation ("Stipulation"):

**Stipulated Request for Entry of [Proposed] Judgment and Permanent Injunction**

1. The Parties stipulate to the facts stated in Exhibit A, and on the basis of those facts, respectfully request entry against Tiltbot of the [Proposed] Judgment and Permanent Injunction contained in Exhibit A. The Parties intend that the judgment contained in Exhibit A resolve all claims against Tiltbot.

2. Tiltbot acknowledges that the damages set forth in Paragraphs B.2 and B.3 of Exhibit A are not a penalty, and are fair and reasonable estimates for CoStar's losses associated with the stipulated instance of Tiltbot's unauthorized access of the Database in June 2021 and the

1

stipulated record Tiltbot caused to be exported from the Database in June 2021 without authorization.

3. Defendants acknowledge that the Further Damages (as defined in Exhibit A) are not a penalty, and are fair and reasonable estimates for CoStar's losses associated with the unauthorized access of the Database and the unauthorized export of records from the Database.

4. The Parties acknowledge they have read this Stipulation and have had it explained by counsel of their choosing, fully understand it and agree to be bound thereby, and will not deny its truth or accuracy.

**Stipulated Request for Order of Dismissal as to Leon Capital**

5. The Parties wish to resolve this action in its entirety, subject to the terms of this Stipulation and the [Proposed] Judgment and Permanent Injunction in Exhibit A.  Therefore, subject to (i) the Court's entry of the Stipulated Judgment and Permanent Injunction requested above and proposed in Exhibit A, and (ii) Paragraph 6, below, the Parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action against Leon Capital, with each party bearing that party's own attorney's fees and costs, except as set forth in the [Proposed] Judgment and Permanent Injunction contained in Exhibit A.

6. Notwithstanding Paragraph 5, Leon Capital consents to be bound by the permanent injunction contained in Exhibit A, Section C ("Permanent Injunction").  The Parties therefore respectfully request that the Court retain jurisdiction over Leon Capital for the limited purpose of enforcement of the Permanent Injunction in accordance with the terms of this Stipulation.

7. On the basis of Paragraphs 5 and 6, above, the Parties respectfully request that the Court enter the [Proposed] Order of Dismissal of Leon Capital, LLC, attached hereto as Exhibit B.

Dated: September 6, 2024                           Respectfully submitted,


                                                   */s/ Nicholas J. Boyle*
                                                   NICHOLAS J. BOYLE
                                                   D.C. Bar No. 481098
                                                   nicholas.boyle@lw.com
                                                   SARAH A. TOMKOWIAK
                                                   D.C. Bar No. 987680
                                                   sarah.tomkowiak@lw.com
                                                   LATHAM & WATKINS LLP
                                                   555 Eleventh Street, NW
                                                   Suite 1000
                                                   Washington, D.C. 20004
                                                   202.637.2200(T)

                                                   GRANT E. STROTHER
                                                   *Pro hac vice*
                                                   grant.strother@lw.com
                                                   LATHAM & WATKINS LLP
                                                   505 Montgomery St. #2000
                                                   San Francisco, CA 94111
                                                   415.391.0600(T)

                                                   *Attorneys for Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc.*


                                                   */s/ John W. Lilley III*
                                                   JOHN W. LILLEY III
                                                   *Pro hac vice*
                                                   jack.lilley@wickphillips.com
                                                   WICK PHILLIPS GOULD & MARTIN, LLP 3131
                                                   McKinney Avenue, Suite 500
                                                   Dallas, Texas 75204
                                                   214.692.6200(T)

                                                   *Attorneys for Defendants Leon Capital Group, LLC and Tiltbot, LLC*