**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTAR GROUP, INC., *et al*,<br><br>                              Plaintiffs,<br>v.<br>TILTBOT, LLC,<br><br>                              Defendants. | Case No. 1:21-cv-02227-CRC |

# [PROPOSED] ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation for Voluntary Dismissal and Entry of [Proposed] Judgment and Permanent Injunction ("Stipulation"), and under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action against Defendant Leon Capital Group, LLC ("Leon Capital"), except that the Court retains jurisdiction over Leon Capital with respect to the enforcement of the Stipulation and, in particular, the permanent injunction requested in Exhibit A, Section C of the Stipulation.  Except as otherwise provided in the Stipulation, each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED

Dated: _____                                   _____
                                                                HON. CHRISTOPHER R. COOPER
                                                                United States District Judge